IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SHAWN BENEDICT,             )
                            )
         Petitioner,        )
                            )
v.                          )   Case No. CIV-14-720-R
                            )
ROBERT PATTON, DIRECTOR OF  )
THE OKLAHOMA DEPARTMENT     )
OF CORRECTIONS,             )
                            )
         Respondent.        )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 6. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the 28 U.S.C. § 2254 petition of Shawn Benedict for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of August, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE